UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PREBLE-RISH HAITI, S.A.

                     Plaintiff,                           21-cv-9040 (PKC)

      -against-                                          ORDER

REPUBLIC OF HAITI and BUREAU DE
MONÉTISATION DE PROGRAMMES D'AIDE
AU DÉVELOPPMENT,

                     Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        Ancillary to the Court's authority to determine the lawful reach and effect of the Writ of Maritime Attachment and Garnishment (the "Writ") issued on or about November 15, 2021 and purportedly served on Garnishee Natixis, New York Branch ("Natixis") on or about November 16, 2021, including the "Affirmative Defenses" of Natixis, the Court ORDERS that Natixis shall file a statement with this Court by January 7, 2022 setting forth:

1. the date, time and circumstance of service of the Writ;

2. any debts, credits or effects belonging to BMPAD, including but not limited to, any monies received from BMPAD for the account of BB Energy deposited into the bank account of BB Energy located at Natixis from November 16, 2021 to the date of this Order; and

3. the factual and legal basis for each of the five (5) affirmative defenses set forth in its "Affirmative Defenses" to the Writ.

- 2 -

Counsel for Preble-Rish Haiti, S.A. shall serve a copy of this Order on counsel for Natixis by December 20, 2021 and file an affidavit of service within three days thereafter. Letter motion (Doc 11) should be terminated.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       December 16, 2021