To the extent it has not already done so,
non-party BB Energy shall file a version
of Doc. 25-2 with account-identifying
information redacted. The Clerk shall
remove Doc. 25-2 from the docket.
SO ORDERED.
1/4/2022

January 3, 2022

*P. Kevin Castel*

P. Kevin Castel
United States District Judge

*Via ECF*

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**orrick**

**Orrick, Herrington & Sutcliffe LLP**

51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

**Andrew D. Silverman**

E asilverman@orrick.com
D +1 212 506 3727
F +1 212 506 5151

Re:     *Preble – Rish Haiti, S.A.* v. *Republic of Haiti, et al.*, No. 21-cv-9040

Dear Judge Castel:

We represent BB Energy USA LLC ("BB Energy") non-party intervenor in the above-referenced action. We write to respectfully request that the Court permanently seal and/or remove ECF No. 25-2 from the public docket.

On December 31, 2021, BB Energy filed a motion to intervene and dismiss Plaintiff's complaint. In so doing, BB Energy attached as an exhibit interrogatories that Plaintiff served on garnishee Natixis Bank, which inadvertently displayed a Citibank account number. *See* ECF No. 25-2. BB Energy's understands that the account in question belongs to the Bank of Haiti, a non-party intervenor in a related action. *See Preble – Rish Haiti, S.A.* v. *Republic of Haiti, et al.*, No. 21-cv-4960. Pursuant to Federal Rule of Civil Procedure 5.2 and Rule 5A of Your Honor's Individual Practices, these numbers should have been redacted. BB Energy discovered its error after filing its motion, and the Clerk's Office has granted BB Energy's request to temporarily seal ECF No. 25-2 pending Your Honor's ruling on this motion to seal.

A properly redacted copy of the relevant exhibit is being filed in conjunction with this letter. We regret this error and again respectfully request that the Court permanently seal and/or remove ECF No. 25-2 from the public docket.



Honorable P. Kevin Castel
January 3, 2022
Page 2

Respectfully Submitted,

/s/ *Andrew D. Silverman*
Andrew D. Silverman

Cc: All Counsel of Record