UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PREBLE-RISH HAITI, S.A.,

                    Plaintiff,                    21-cv-9040 (PKC)

    -against-                        ORDER ON SEALING

REPUBLIC OF HAITI,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Intervenor BB Energy USA LLC having electronically filed "Exhibit B (Part 1 of 2)" to the Andrew Silverman Declaration (ECF Doc. 25-2) under seal through the Court's Electronic Case Filing ("ECF") system, and the Court having found good cause to remove the electronic version of the document from the ECF system, the Court respectfully directs the Clerk of Court to remove the PDF version of the document from the ECF system and retain it solely in paper form in the court's sealed records vault.

        SO ORDERED.

                                                            P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       January 4, 2022